**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN DOE, JAMES DOE, JOSEPH DOE, and JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMERSON HOSPITAL,<br><br>Defendant. | Case No.: 1:25-cv-13631-RGS |

**DEFENDANT EMERSON HOSPITAL'S MOTION TO DISMISS**
**PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**

Defendant Emerson Hospital respectfully requests this Court to dismiss Plaintiff's Class Action Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted. This Motion is supported by the accompanying Memorandum of Law.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d) Defendant Emerson Hospital respectfully requests a hearing on its Motion to Dismiss.

Dated: January 7, 2026

Respectfully submitted,

LAWRENCE GENERAL HOSPITAL

By: *Lisa Oliver White*

Lisa Oliver White, BBO# 666841
**SHOOK, HARDY & BACON L.L.P.**
One Federal Street, Suite 2620
Boston, MA 02110
Tel: (617) 531-1411
lowhite@shb.com

Tammy B. Webb (*pro hac vice forthcoming*)
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
twebb@shb.com

Jad Sheikali (*pro hac vice forthcoming*)
Tara D. Kennedy (*pro hac vice forthcoming*)
Avery M. Epstein (*pro hac vice forthcoming*)
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com
tkennedy@shb.com
aepstein@shb.com

***Attorneys for Defendant***

**LOCAL RULE 7.1 CERTIFICATION**

The undersigned certifies that pursuant to Local Rule 7.1, counsel for Defendant conferred with counsel for Plaintiff by Zoom on January 6, 2026 concerning this motion, and have not been able to resolve the issues in dispute.

*Lisa Oliver White*
Lisa Oliver White

**CERTIFICATE OF SERVICE**

I, Lisa Oliver White, do hereby certify that on January 7, 2026, a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the District of Massachusetts.

*Lisa Oliver White*
Lisa Oliver White