UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, JAMES DOE, JOSEPH DOE, and JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMERSON HOSPITAL,<br><br>Defendant. | Case No. 1:25-cv-13631- RGS |

**PLAINTIFF'S RULE 59(e) & RULE 60(b) MOTION TO AMEND JUDGMENT & MOTION FOR LEAVE TO FILED AMENDED COMPLAINT AND REMAND**

Plaintiffs John Doe, James Doe, Joseph Doe, and Jane Doe ("Plaintiffs") respectfully request this Court to grant their Motion to Amend under Federal Rules of Civil Procedure 59(e) and 60(b). For the reasons stated in the attached Memorandum of Law in support of this Motion, this Court should reopen the case, grant Plaintiffs leave to amend to file their Proposed Third Amended Complaint, and remand this matter back to state court.

**Respectfully submitted,**

**COUNSEL FOR PLAINTIFFS, JOHN DOE, JAMES DOE, JOSEPH DOE, and JANE DOE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

*/s/ Brett R. Corson*
J. Tucker Merrigan, BBO# 681627
Ryan M. Hawkins, BBO# 686289
Brett R. Corson, BBO# 677644
**SWEENEY MERRIGAN LAW**

268 Summer St. LL
Boston, MA 02210
Tel: (617) 391-9001 / Fax: (617) 357-9001
tucker@sweeneymerrigan.com
rmh@sweeneymerrigan.com
brc@sweeneymerrigan.com

Foster Johnson *
Joe Ahmad *
David Warden *
Nathan Campbell *
Justin C. Kenney, BBO No. 706672
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney, Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101 / Fax: (713) 655-0062
fjohnson@azalaw.com
dwarden@azalaw.com
ncampbell@azalaw.com
cgustafson@azalaw.com
jkenney@azalaw.com

Seth A. Meyer *
Alex Dravillas *
**KELLER POSTMAN LLC**
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
(312) 741-5226
sam@kellerpostman.com
adj@kellerpostman.com

**Pro Hac Vice Forthcoming*

**LOCAL RULE 7.1 CERTIFICATION**

I certify that pursuant to Local Rule 7.1, counsel for Plaintiffs and Defendants conferred via email on March 10, 2026, concerning this motion, and have not been able to resolve the issues in dispute.

*/s/ Brett R. Corson*
Brett R. Corson

**CERTIFICATE OF SERVICE**

I certify that on March 11, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brett R. Corson*
Brett R. Corson